

Order Entered.

David L. Bissett
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

Ward, Melody Anne                                                    Case No. 21-00100

Debtor.                                                                        Chapter 7

## ORDER AUTHORIZING THE EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES AND REALTOR NATALIE HOFFMANN

On a prior day came Aaron C. Amore, Trustee for the above named Debtors, for authority to employ BK Global Real Estate Services and Natalie Hoffmann with the real estate agency of Keller Williams Eastern Panhandle (individually and collectively referred to as "Broker" or "Brokers") , in connection with the administration of this Estate, and no adverse interest having been presented, and it further appearing that the Brokers are duly licensed, and the Court being satisfied that BK Global Real Estate Services and Natalie Hoffmann with the real estate agency of with Keller Williams Eastern Panhandle represents no interest adverse to the Trustee or the Estate of the Debtor(s) in the matters affecting the administration of the Estate, and the Court having duly noticed said Application to Employ and no objections having been filed thereto, that such employment is

necessary and would be in the best interests of the Estate, and that the case is one justifying the professional services of the Brokers, it is;

ORDERED, that said Trustee be, and hereby is, authorized to employ BK Global Real Estate Services and Natalie Hoffmann with the real estate agency of with Keller Williams Eastern Panhandle with compensation approved as set forth in the terms and conditions in the aforementioned Application to Employ filed with the Court.

Prepared by:

*/s/ Aaron C. Amore*
**Aaron C. Amore, Trustee**